IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA A. NELSON,                          :

       Plaintiff,

                           :          Case No. 3:19-cv-377
   v.

A PLACE FOR MOM, INC.,                          JUDGE WALTER H. RICE

       Defendant.                          :

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (DOC. #7)

---

       Given that Plaintiff has filed an Amended Complaint, Doc. #8, the Court

OVERRULES AS MOOT Defendant's Motion to Dismiss for Failure to State a Claim,

Doc. #7, which is directed to the allegations in the original Complaint.


Date: December 11, 2019               _____
                               WALTER H. RICE
                               UNITED STATES DISTRICT JUDGE